IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-577-FDW-DCK

| | |
|---|---|
| **DENIKIA HAGGINS,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **BRINK'S INCORPORATED,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Proceedings Pending Arbitration" (Document No. 6) filed August 6, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Proceedings Pending Arbitration" (Document No. 6) is **GRANTED**. This case is hereby **STAYED** pending arbitration.

**IT IS FURTHER ORDERED** that the parties shall file a joint Status Report on or before **November 8, 2024** and every ninety days thereafter.

Signed: August 8, 2024

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge